UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAJ SINGH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF PLACERVILLE, et al.,<br><br>　　　　　Defendants. | No.  2:24-cv-02454-DAD-JDP (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION WITHOUT LEAVE TO AMEND<br><br>(Doc. No. 3) |

　　　　Plaintiff Raj Singh is proceeding *pro se* and *in forma pauperis* in this civil action.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On January 28, 2025, the assigned magistrate judge screened plaintiff's complaint and issued findings and recommendations recommending that this action be dismissed, without leave to amend, due to plaintiff's failure to state a cognizable claim upon which relief may be granted. (Doc. No. 3.)  In particular, the magistrate judge found that in the complaint plaintiff made only vague and conclusory allegations that defendants took his property without compensation but failed to explain in Any way "how each defendant's actions harmed him."  (*Id.* at 2–3.)  The magistrate judge concluded that granting leave to amend would be futile based on plaintiff's prior filing of numerous dismissed complaints in this district also relying solely on vague and

1 conclusory allegations. (*Id.* at 3.) Those pending findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 3.) To date, no objections to the pending findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on January 28, 2025 (Doc. No. 3) are adopted in full;
2. This action is dismissed without leave to amend due to plaintiff's failure to state a claim; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **May 9, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2